**Order entered March 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN AND ALMA J. PERALES, ET AL., Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-02925-E**

## ORDER

On the Court's own motion, this case is set for oral argument en banc in the Merrill Hartman Courtroom located on the eighth floor, east tower, of the George L. Allen, Sr. Courts Building on **Wednesday, April 28th at 10:00 a.m**.

The parties may, if desired, file a supplemental brief of no more than 4500 words if computer generated or 15 pages if not, limited to the following issues: (1) facts or factors courts have used to evaluate the sufficiency of the evidence of the amount awarded for non-economic damages; and (2) the use courts have made of

liability facts in evaluating the sufficiency of the evidence of the amount awarded for non-economic damages. Appellants' supplemental brief, if any, shall be filed by **April 6, 2020**. Appellees' supplemental brief, if any, shall be filed within 14 days of appellants' supplemental brief or by April 20, 2020, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE